IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS E. SMITH, SR., Individually and as Administrator of the Estate of OK HUI SMITH, deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILIAM H. VAN LAAR, D.O.; WILLIAM VAN LAAR, D.O., LLC; JODI PESCE, and MCDONOUGH PRIMARY CARE, INC.,<br><br>　　　　Defendants. | CIVIL ACTION<br>FILE NO. 1:14-cv-03319-RWS |

## CONSENT ORDER DISMISSING WITHOUT PREJUDICE DEFENDANTS JODI PESCE, NP AND WILLIAM VAN LAAR, D.O., LLC

Upon the request of Jodi Pesce, NP and William Van Laar, DO, LLC, and with the consent of the Plaintiff and with no objection by the remaining Defendants, it is hereby ordered that Defendant Jodi Pesce, NP and William Van Laar, DO, LLC are dismissed without prejudice in this action. Plaintiff is not dismissing any other party from this action and has preserved his right to pursue his vicarious liability claims against McDonough Primary Care, Inc. for the acts and omissions of Jodi Pesce, NP.

This ___8th___ day of ___July___, 2015.

_____
HONORABLE RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

Prepared by:                           Huff, Powell & Bailey, LLC


                                       /s/ L. Evan Cline
                                       Daniel J. Huff
                                       Georgia Bar No. 374860
                                       L. Evan Cline
                                       Georgia Bar No. 203040

                                       *Counsel for Defendants Jodi Pesce and
                                       McDonough Primary Care, Inc.*

999 Peachtree Street
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
(404) 892-4033 (Fax)
dhuff@huffpowellbailey.com
ecline@huffpowellbailey.com


Consented to by:

                                       Cash, Krugler & Fredericks, LLC

        /s/ David N. Krugler
David N. Krugler
Georgia Bar No. 429929
Andrew B. Cash
Georgia Bar Number 743459

*Counsel for Plaintiff*

5447 Roswell Road, NE
Atlanta, GA 30342
(404) 659-1710
(404) 264-1149 fax
dkrugler@ckandf.com

Willis McKenzie, LLP

    /s/ Nathan D. Cronic
Nathan D. Cronic
Georgia Bar No. 197277

*Counsel for William Van Laar, D.O. and William Van Laar, D.O., LLC*

300 Smith Street
LaGrange, Georgia 30240
Ph: (706) 882-2942
Fx: (706) 883-8947
ncronic@lag-law.com