IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS E. SMITH, SR., Individually and as Administrator of the Estate of OK HUI SMITH, deceased<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM H. VAN LAAR, D.O. and McDONOUGH PRIMARY CARE, INC.,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>1:14-CV-03319-RWS |

### VERDICT

We, the jury, award damages to Plaintiff in the amount of :

$ 4,700,000.00

SO SAY WE ALL.

Date: June 29, 2016

_____
FOREPERSON