UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS E. SMITH, SR., Individually and as Administrator of the Estate of OK HUI SMITH, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM H. VAN LAAR, DO and MCDONOUGH PRIMARY CARE, INC.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-03319-RWS |

## AMENDED JUDGMENT ON JURY VERDICT

This action came before the Honorable Richard W. Story, U. S. District Judge for trial before a jury and the Court.  The issue having been duly tried, and the jury having rendered its verdict, it is

ORDERED AND ADJUDGED that judgment is hereby entered in favor of the Plaintiff and against the Defendants, in the amount of $4,913,356.16.

Dated at Atlanta, Georgia, this 18th day of July, 2016.

              JAMES N. HATTEN
              DISTRICT COURT EXECUTIVE and
              CLERK OF COURT


          By: s/Barbara D. Boyle
            Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
 July 18, 2016
James N. Hatten
Clerk of Court
By: B.D. Boyle
   Deputy Clerk